MARIE L. GIANETTI, DEFENDANT IN ERROR, v. INEZ E. SMITH, PLAINTIFF IN ERROR.

Submitted March 25, 1902—Decided June 16, 1902.

On error to the Supreme Court.

For the plaintiff in error, *Zebulon M. Ward.*

For the defendant in error, *Michael Dunn.*

PER CURIAM.

The judgment of the Supreme Court in this cause is affirmed, for the reasons given in the opinion of Chief Justice Depue in the Supreme Court. 37 *Vroom* 374.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, GARRISON, FORT, GARRETSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM. 12.

*For reversal*—None.